UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Charles Kucinsky and all past
present, future prisoners Plaintiff
CLASS ACTION

vs.

Donna Jones, Dr. McCormick
Wexford Health Source inc.
Major Prentiss, Randy Pfister
Dr. Tillman, Director John Baldwin
Michael Melvin mental Health
Alley

Defendant(s)

Case No. 16-1191

SCANNED at PCC and E-Mailed
06.03.16 (date) by SH (initials)
64 (# of pages)

## COMPLAINT

Money DAMAGES AND INJUNCTIVE RELIEF

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Charles Kucinsky, and states as follows:

My current address is: 700 W. Lincoln P.O. Box 99
Pontiac IL 61764

The defendant Donna Jones, is employed as Counselor at Pontiac C.C.

The defendant Dr. McCormick, is employed as Mental Health Staff at Pontiac C.C.

The defendant _Major Prentiss_, is employed as _Major_
at _Pontiac C.C._

The defendant _Randy Pfister_, is employed as _Warden_
at _____

The defendant _Dr. ~~Todd~~ Andrew Tillman_, is employed as _medical staff_ (revised 9/96)
at _Pontiac C.C._

Additional defendants and addresses _See Page 2A_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☒   No ☐

C. If your answer to B is yes, how many? _1_ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _Charles Kucinsky_

   Defendant(s) _I.D.O.C. et seq._

2. Court (if federal court, give name of district; if state court, give name of county)
_Cook County Chancery Court - "Common Law Writ"_

Page 2A

The defendent <u>Wexford Health Source Inc</u>, is employed as <u>the medical provider at Pontiac C.C.</u>

~~The defendent ~~<u>~~Brad Cormier~~</u>~~ is employed as ~~<u>~~Mental Health~~</u>~~ staff at Pontiac C.C.~~

The defendent <u>John Baldwin</u>, is employed as <u>Director of I.D.O.C</u>

~~All Defendents are sued in their official & individual capacity~~

The defendent <u>Michael Melvin</u> is employed as ~~Director~~ <u>warden of Pontiac C.C.</u>

All Defendents are sued in their official & individual capacity

3. Docket Number/Judge

   N/A

4. Basic claim made

   Due Process violations

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

   Still Pending

6. Approximate date of filing of lawsuit   January 2014

7. Approximate date of disposition

   N/A

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☒   No ☐   See 3A

   *PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

Place of the occurrence _Pontiac_

Date of the occurrence _____

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

In June 2014 Petitioner was placed in cell 212 west with a cellmate. West 212 provided 64.5 square ft. of space minus the space taken up by a bunk bed, toilet sink fusion and table. The west cell house was built in 1930 and the cell was designed for one person. Due to the fixtures in the cell there is only about 3 by 9 feet of actual walking space (the space between the toilet and bunk bed) This space must be-shared by two prisners. Petitioner was confined with a cellmate to West 212 24 hours a day minus two weekly outdoor recreation periods. Petitioner was confined with this cellmate from June to December 2014 in west 212. Petitioner had no say so in who his cellmate could be and the established directives that exist are ignored by Pontiac staff whos job it is to house two prisners together. Petitioner is white while his cellmate was black. Both petitioner and his cellmate had a history of documented violence, had been in segregation since 2012 and had "Indeterminate Segregation" Petitioner has a release date of 2090 and has been behind bars since 2008 while his cellmate had been locked up since 2006 and had a release date of 2015. Petitioner and his cellmate were both labeled documented rival S.T.G. members. Administrative

Directive 05.03.107 effective 12-1-13 which governs housing two prisoners in segregation states that before housing two offenders in a cell the respective Lieutenant or above shall review the DOC 0303 for each offender. The review shall consider compatibility, contradictions such as difference in age or physical size; security threat group affiliation, projected release date; security issues, medical or mental health concerns; history of violence with cellmates; reasons for segregation or protective custody placement; racial issues and significient negative life changes such as additional time to serve, loss of spouse or child. See Exhibit 9. This directive is systematically ignored by Pontiac staff and was ignored when Petitioner was confined in west 212 with a cellmate in June 2014. Petitioner was never consulted by any staff before being given a cellmate. The factors listed above that both Petitioner and his cellmate had indeterminate segregation, were labeled rival STG members had huge differences in release dates were white and black and Petitioner had a violent staff assault and Petitioners cellmate had a violent assault on a cellmate were all clear signs that they were not compatible or shouldnt have cellmates according to directive 05.03.107 but this directive was ignored. Petitioner was forced to live with this cellmate and be confined to a cell 24 hours a day and forced to share 3 by 9 feet of walking space. As a result of this confinement Petitioner developed extreme anxiety, depression and other mental health issues including hullicanations. Petitioner was put in a dangerous situations and subject to future harm. Petitioner developed other medical problems too.

6

9) Petitioner shouldn't be confined with any person or alone 24 Hours a day in any ~~cell~~ for more then 19 Hours. Petitioner spoke to defendent Prentiss on 7-15-14 about being double celled and was told to "fight or fuck" and she would do nothing above moving Petitioner. A systemic problem exists in the Pontiac and I.D.O.C classification system and How unit Lieutenants ignore directive 05.03.107 SEE Exhibit 6. Petitioner was confined from January 2013 to April 2013 in cell 720 East and cell 714 East with a protective custody status prisnor who was labeled a rival S.t.G member and both convicted murders. As a result a fight ensued and Pontiac staff Lt. Punke were notified but still refused to move petitioner. Petitioner was finally moved two weeks after the fight and placed in East 821 with another cellmate who had severe mental illness which included skitsophernia. When Petitioner was confined in cell 720 and cell 714 (East) Petitioner had spoken to the unit Lieutent about being moved and not being safe before the fight happened but the Lieutenent just said "I'm not moving you your stuck." Pontiac staff have housed white supremaciests with black cellmates see Exhibit 1, Homosexuals with straight men see Exhibit 2 Prisnors who are convicted murderers and are rival S.t.G members see Exhibit 3&4 and mentally ill prisnors with those who arent mentally ill see Exhibit 5. As a result of this systemic pattern Prisnors have been killed by their cellies and regular fights take place. Two prisnors who are rival S.t.G members or other negative factors are housed in cells built for one 24 hours a day ~~~~ and placed in dangerous situations and subject to future harm The cells also provide inadequate space for two people to live or properly exercise.

(2) While Petitioner was housed in West 212 Petitioner was forced to live in a cell that didnt have Hot water for 30 days. Petitioner also while in segregation status was entitled to 1 weekly shower so petitioner was forced to maintain Hygene with cold water and due to it being cold He was very musty, smelly and not being able to stay sanitized due to not being able to bear washing up in cold water. In August 2013 Petitioner had no Hot water while housed in North 501 for 3 weeks and in April 2014 Petitioner was confined to cell 522 west and had no Hot water for at least 15 days. This is a systemic problem where prisnors have no access to Hot or cold water and even toilet Facilities see Exhibit 4. While Petitioner was in 212 West Petitioner ~~scribbled~~ had no toilet Facilities for 5 days. Also while in west 212 Petitioner was forced to smell raw sewage due to pipes being busted behind cell 212 as a result Petitioner would have to wad threw sewage due ~~to pipes~~ to the back of His cell being flooded. This problem existed for at least 90 days. Petitioner developed soars & blisters on His hands due to wringing out the rags used to sop up the sewage. ~~The wate~~ ~~was~~ All of these pipes that provide water are all lead pipes. This is a systemic problem in Pontiac. The ventilation system in West 212 also provides inadequate ventilation. Also in ~~scribbled~~ cell 212 west Petitioner was forced to sleep with vermin specifically mice. Petitioner had mice regularly climbing over Him and in His bunk when they would enter and exit the vent. Petitioner experenced this same vermin and pipes busted exposing the smell of raw sewage in west 216 in August & September

2013 Petitioner experenced this same vermin problem in North 501. The entire time Petitioner was housed in Pontiac 1-4oz cleaning solution was given out per cell. This solution didnt meaningfully disenfect or sanitize. These problems of plumbing, ventilation and vermin are a systemic problem in Pontiac and as a result Petitioner would have no appetite due to smell and would feel Naucus.

(3) The Pontiac environment and outside west 212 while Petitioner was housed there from June to December 2014 was extremely k-otic. Petitioner was subject to 24 hour noise made by other prisnors. Prisnors would beat on solid objects for Hours straight so Petitioner would be subject to extreme noise 24-Hours a day or Hours on end. Pontiac Prison also has a count light system, these count lights would be left on hours on end on any given shift or 24 hours straight. As a result of these conditions Petitioner would be unable to properly sleep and would get give or take 4 hours sleep. Petitioner also developed migrine Headaches and other medical problems. This is a systemic problem in Pontiac while in cell East 720, 714, 821, North 542, 747, 501 728 and 549 Petitioner experenced these same conditions regarding noise & count lights. These conditions existed every place Petitioner was confined in Pontiac. See Exhibit 1-6.

(4) While Housed in Pontiac and in west 212. Prisnors would regularly throw feces & urine on the galleries as well as regularly flood the gallery

weekly as a result the gallery in front of Petitioners cell would have feces and urine caked up on it and Petitioner would have to breath in these smells regularly and Pontiac staff wouldn't provide supplies to clean it up and barely cleaned it up themselves as a result Petitioner was subject to future harm. While Petitioner was housed in North 542 Prisnors would throw feces regularly in front of His cell and He would breath in the fumes. This is a systemic problem that exists in Pontiac. As a result of the facts described in paragraph 3 & 4 Petitioner has developed migraine headaches, sleeping problems, and loose of appetite which still exists today. See Exhibit 1 ? 7

5) Petitioners only out of cell recreation while in West 212 and in Pontiac in general were two 2½ Hour weekly outdoor recreation periods where Petitioner is caged in a dog kennel type cage. When Yard was run it would be systemically denied due to unwritten rules staff made up including Defendent Prentiss to lesson the amount of prisnors attending Yard. Yard could be run anywhere between 8 & 9 A.M. Petitioner would frequently be denied Yard access due to unwritten rules such as not standing at bars when staff came to escort him to Yard, not standing in his boxers when staff appeared or for any mediocare reason like not Having His mattress folded. None of these policys are rules. Other times

Petitioner was denied yard in West 212 for no security or legitimate reason. While in cell West 212 yard was canceled on 12-17-14, 12-25-14, ~~and other dates~~ 6-26-14 and other dates. Other dates of canceled yard were 6-11-14, 12-30-14, 1-1-15 among other dates. Another example if say there is 1 bolt of lightning at 7 A.M. yard is cancelled even though their is no lighting any other time, the weather just being an excuse to cancel yard. This was a regular pattern Petitioner experenced while housed in Pontiac of staff enforcing unwritten rules and canceling yard for no reason at all. As a result Petitioner would be confined in a cell 24 hours a day sometimes for 7 days or longer because yard was run only 2 days a week. Petitioner experenced this same pattern while in East 821, West 414 and other places. As a result Petitioner would have a lack of energy, muscle pains among other Health problems. Petitioner would also be systemically denied the full five hours of yard he was entitled too. Defendent Prentiss would systemically shorten the yard period so on average Petitioner would recieve 4 hours a week. When Petitioner would be allowed to attend yard Petitioner would be assaulted or at risk of being assaulted with feces, urine by other ~~prison~~ prisnors while Petitioner was housed in 212 West Petitioner attended yard on a number of occasions and was assaulted with feces & urine. This was a regular pattern known by Pontiac staff & Defendent Pren-

tiss that prisnors throw feces and urine on yard. Petitioner also had no access to toilet facilities or water even though terpertures would reach the 90's. Petitioner was also not provided the appropriate clothing for the weather. In winter time when terpetures reach the single digits during yard Petitioner was not given the appropinte clothing like adequate shoes, gloves, or clothing to protect him from the elements Petitioner wasn't even provided tshirts 730 ILCS 5/3-7-2(d) states "All institutions and Facilities of the department shall provide every committed person with a wholesome and nutritional diet at regularly scheduled hours, drinking water, clothing adequate for the season." This Illinois state law was ignored by Pontiac staff. Petitioner was only given two jumpsuits that during the summer at times prevented him from working out properly due to overheating in it and also because Petitioner had no way to properly clean it when He sweated in it. Defendent Prentiss as well as other West House staff implemented an unwritten policy so that prisnors would be discouraged from attending outdoor recreation in winter. for example Petitioner owned a set of thermal clothes but prison staff would enforce a policy saying Petitioner would have to choose either a thermal top or tshirt ~~of nots both~~ or thermal pants or boxer shorts but not both even though it was winter time and Petitioner would be subject to freezing

tempetures, for his outdoor recreation period. As a result this would discourage Petitioner from attending yard. Petitioner experenced this same policy in East 714, North 247 and threw out His stay in Pontiac. This is a systemic problem in Pontiac. The only out of cell recreation is outdoor recreation. The Hours provided for out of cell recreation are also inadequate when a prisnor is confined to a cell 24 or 23 Hours

6) The food served at Pontiac isn't nutritious and the portions are inadequate the diet is soy based the soy amount is hazardeous, the vegtables that are served are so over cooked that they are just mush so that the vitemins and healthy benefits are cooked out of them. As a result Petitioner experenced Hunger pains and the 1st 6 months He was confined in Pontiac He lost 15 pounds Prisnors systemically experence extreme weight lass see Exhibit 3

7) The medical services provided in Pontiac are also systemically inadequate & unmeaningful. Plantiff on 5-18-14 notified Defendent Tillman that he had foot pains & had trouble walking because He had an amputated toe (his big toe on his left foot). Defendent Tillman ignored Plantiff's medical issue and acted deliberately indifferent instead of making a medical decision He sarcastically asked nurse Joyce what she thought and nurse Joyce sarcastically stated "He'll be fine" Petitioner was asking for a cane and low gallery permit, I never recieved any medical assistance and am still suffering from this

problem this toe even bleeds at times due to scars opening up. Almost every encounter Petitioner had with Defendent Tillman and Pontiac medical staff they have treated him deliberately indifferent Petitioner notified Doctor Tillman that he had hunger pains due to the inadequate diet and this issue was ignored. Doctor Tillman has stated things before and on 5-18-14 like "This isn't a hotel" "You shouldnt have gotten ~~locked up~~" and "you shouldnt come to prison to get free medical care" Doctor Tillman has accused ~~me~~ him of lying or making up ~~my~~ his medical issues. Plantiff sees this as a regular pattern by Tillman ¦ Pontiac medical staff.

8] Petitioner has also experenced systemically inadequate mental health services since coming to Pontiac Petitioner has developed major mental health problems and has had a systemic problem getting mental health care. Before being double celled Petitioner was developing mental illness but after being double celled in June 2014 Petitioner started developing extreme depression, anxiety, and other unknown mental illness. Petitioner watched his mental illness worsen to the point of experiencing hallucinations and wanting to become very violent. Since June 2014 Plantiff submitted numerous mental health requests and never recieved any responses. Plantiff had submitted requests to the med tech and threw the mail on 7-2-14, 8-15-14 11-1-14 among

other dates but all of these requests were ignored. Plantiff spoke to mental health staff Dr. McCormick and Alley and these staff just brushed Petitioner off and acted deliberately indifferent. Petitioner spoke to them on a number of occasions between June and December 2014 This is a systemic problem in Pontiac of accessing mental health help Plantiff told Alley as well as Doctor McCormick notifying them he was having extreme mental health issues ~~started getting really bad and~~ Petitioner notified them that He was Hallucinating and never had this problem before yet both McCormick and Alley ignored this. Petitioner eventually went on a 23 day Hunger strike to get some Help. This is a systemic problem in Pontiac.

9) All of the Conditions redressed in this complaint were a violation of the 8th Amendement which bans "Cruel and unusual" punishment.

10) Defendent Prentiss was the West House Lieutenant in June 2014 and was aware of all the conditions existing that are documented in paragraphs 1-5. ~~~~ and she acted deliberately indifferent to these issues. Petitioner also spoke to Defendent Prentiss and authored a kite to her regarding all the issues redressed in paragraph 1-6. starting in June 2014 and Defendent Prentiss acted deliberately toward Petitioner. regarding those issues. She was notified on 8-14-14

11) Petitioner authored a kite to Defendent Pfister on 8-9-14 regarding all the issues that is the basis of this complaint and recieved no response back. Petitioner spoke to defendent Pfister on 1-7-15 and again handed him a kite regarding the conditions complained of in this complaint and Defendent Pfister acted deliberately indifferent to the Petitioner and his issues.

12) Petitioner authored numerous kites which he gave to the med tech who toured the west House regarding his ongoing mental Health issues on 9-9-14, 10-28-14, 12-1-14, 12-16-14 among other dates but all these kites were ignored.

13) Petitioner spoke to Defendent Alley on the gallery in front of cell 212 west Defen regarding his ongoing mental Health issues but Defendent Alley acted deliberately indifferent. Petitioner spoke to Defendent McCormick on 8-12-14 on the gallery in front of his cell west 212 about his ongoing mental Health issues but Defendent McCormick acted deliberately indifferent.

14) Petitioner spoke to both Defendent McCormick and Alley on more then one occasion During July and December 2014

14) Petitioner believes that the reasons the conditions exists is because of the IDOC policy of overusing segregation, giving out segregation for all offenses, making prisners out on segregation time for all offenses and not Following

rules governing Adjustment Committee hearings and giving out Discipline

15) As a result of these conditions Petitioner has developed migraine/chronic Headaches, sleeping problems lack of energy, weight loss, extreme mental Health problems, muscle pains

16) DEFENDENT DONNA JONES was the West House counselor assigned to review Grievances and reviewed the Grievances Petitioner authored regarding this complaint

17) All of the Defendents Jones, Pfister, Prentiss were aware of the conditions in this complaint before during & after June to December 2014 through their tours of the cellhouse west house and all Pontiac Seg units Defendent Melvin as well

18) Petitioner is subject to being placed in Pontiac segregation at any time and could experience these same conditions again. Some of these conditions exist in other IDOC seg units like Pontiac, Stateville and Menard.

19) DEFENDENTS McCormick and Alley were also aware of the conditions in this complaint.

## RELIEF REQUESTED

Money Damages for Plantief only Injunction for class

(State exactly what relief you want from the court.)

Money Damages of 100,000 dollars, Pontiac Prison be closed, No more then 15 days be given for any rule violation segreation wise, No prisnor be confined to a cell for more then 20 Hours, All segregation offenders be single celled, No prisnors who are rival STG members or any other Negative factor be housed together unless both Prisnors consent, A new protocol be developed for Housing two prisnors together. All other relief this court deems appropriate.

**JURY DEMAND**   Yes ☒   No ☐

Signed this _____ day of _____,
19_____.

( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Charles Kucinsky | M20131 |
| Address: | Telephone Number: |
| P.O. Box 99 | N/A |